## STATEMENT OF FACTS

I am a Special Agent of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (the ATF). I make this affidavit in support of a criminal complaint because there is probable cause to believe that CHARLES PURCELL CASEY SR. committed a violation of 18 U.S.C. § 922(g)(1) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. Because I was not at the scene when the defendant was arrested, this affidavit is based on my investigation, which included speaking with or reading reports written by or reviewing body worn camera footage from other investigators who have personal knowledge of the events described.

Based on my investigation, I learned the following: On October 11, 2025, at approximately 2:00 a.m., law enforcement personnel were patrolling the Benning Road NE corridor. A Deputy U.S Marshal (DUSM) observed a black Dodge SUV bearing Virginia plate TES4065 parked in front of 606 19th Street NE, Washington, D.C. running and occupied by one person seated in the driver seat who appeared unconscious behind the wheel. The DUSM alerted other law enforcement personnel, including members of the Metropolitan Police Department (MPD), who responded and approached the vehicle on foot to conduct a welfare check on the driver. Law enforcement personnel observed through the vehicle's windows a glass bottle in the center console of the vehicle that an officer immediately recognized as a bottle of beer. See photographs below:

 

The officers also saw through the window that the driver was holding a small, open, clear plastic bag in his right hand. Officers knocked on the driver window, but the driver did not immediately wake up. After knocking repeatedly on the driver window, the driver did wake up. After the driver awoke, the officers asked him to step out of the vehicle. The driver closed his right fist hiding the open plastic bag between his legs. After a subsequent search of the vehicle, a ball of white rock-like substance was found on the driver floorboard below where the open bag had been hidden. See photograph below:



The driver then placed his right hand into his front right jacket pocket leaving the plastic bag visible from inside his front jacket pocket. The officers told the driver that he was being detained. When an officer patted down the driver, he discovered an object that the driver identified as a knife. When the officer removed the small plastic bag from the driver's right jacket pocket, it appeared to have a white rock-like substance in it. As the officers continued their pat down of the driver, they located a firearm in the driver's waistband. See photograph below:



The firearm was retrieved from the driver and was later found to be an unregistered Taurus Millennium G2 with serial number TJM707675 handgun with zero (0) rounds in the chamber and twelve (12), 9 mm rounds in a 12-round capacity magazine. At the time of the arrest, the firearm appeared to be fully functional, designed to expel a projectile by means of an explosive action, have a barrel length of less than twelve inches, and capable of being fired by the use of a single hand.

The driver was identified as Charles Purcell Casey Sr. by his D.C. Driver's License.

A query of Defendant Casey's information was conducted which revealed that he does not possess a license to carry a firearm, and he does not have a registered firearm in the District of Columbia.

Defendant Casey is the registered owner of the black Dodge SUV bearing Virginia plate TES4065.

Through my training and experience, I have learned that there are no firearm or ammunition manufacturers in the District of Columbia. Accordingly, there is

probable cause to believe that the firearm and ammunition were manufactured outside the District of Columbia and were then transported in interstate or foreign commerce into the District of Columbia, where they were recovered. The firearm and ammunition are depicted in the image below:



The following image of the defendant is from his D.C. Driver's License:



Additionally, criminal history records revealed that the defendant was convicted of the following crimes, which are punishable by imprisonment for a term exceeding one year: the defendant was previously convicted of Wearing, Carrying, or

Transporting a Handgun, in violation of Md. Code, Crim. Law § 4-203(a)(1)(i), (c), on April 14, 2021 in Prince George's County, Maryland in case number CT190828X for which the defendant was sentenced to 18 months' incarceration (77 days suspended) and the defendant was previously convicted of Assault in the Second Degree, in violation of Md. Code, Crim. Law § 3-203, on April 14, 2021 in Prince George's County, Maryland in case number CT190828X for which the defendant was sentenced to 5 years' incarceration (1,362 days suspended). As such, on the date the defendant possessed the firearm in this case, the defendant was aware that he had been previously convicted of a crime that was punishable imprisonment by more than a year.

In addition, search incident to arrest revealed that Defendant Casey was in possession of the following:

- A clear plastic bag containing a white rock-like-substance inside his front right jacket pocket. The substance later tested positive for heroin base with a weight of 11.5 grams.
- A clear zip bag containing multiple colored rock-like substances which later tested positive for amphetamines with a total weight of 3.5 grams.

The following items were found inside Defendant Casey's vehicle:

- Under the driver's seat, clear zip bags containing pink rock-like substances with a total weight of 0.5 grams.
- Inside a black backpack in the rear driver side seat, a clear bag with green empty capsules.

- Inside a black backpack in the rear driver side seat, a black bag with yellow empty capsules.
- Inside the glove compartment, two boxes of clear plastic empty zips packaging.
- Inside the center console, a silver digital scale with brown and white residue.

Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about October 11, 2025 in the District of Columbia, the defendant, Charles Purcell Casey Sr., knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

_____
SPECIAL AGENT MATTHEW R. BROWN
Bureau of Alcohol, Tobacco, Firearms and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 13, 2025.*

_____
THE HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE